UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.: 1:07-CR-21-SPM

LUIS ANTONIO BUJANDA-CALLEJAS,

   Defendant.
_____/

### ORDER GRANTING MOTION TO CONTINUE SENTENCING

**THIS CAUSE** comes before the Court on the Defendant's unopposed motion to continue sentencing (doc. 144).  The Defendant needs more time to finalize matters related to the sentencing hearing. The Government has no objection to this motion.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.   Defendant's motion to continue (doc. 144) is *granted*.

2.   Defendant's sentencing is reset for **Monday, March 3, 2008 at 1:30 p.m.**

**SO ORDERED** this fourth day of February, 2008.

                      *s/Stephan P. Mickle*
                      Stephan P. Mickle
                      United States District Judge