UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.: 1:07-CR-21-SPM

LUIS ANTONIO BUJANDA-CALLEJAS,

   Defendant.
_____/

### ORDER GRANTING MOTION TO CONTINUE SENTENCING

**THIS CAUSE** comes before the Court on the Government's "Stipulated Motion to Continue Sentencing" (doc. 147).

It is hereby **ORDERED AND ADJUDGED** as follows:

1.   Government's motion to continue (doc. 147) is *granted*.

2.   Defendant's sentencing is reset for **Monday, May 5, 2008 at 1:30 p.m.**

**SO ORDERED** this twenty-ninth day of February, 2008.


    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge