**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                          CASE NO.: 1:07-CR-21-SPM

LUIS ANTONIO BUJANDA-CALLEJAS,

        Defendant.

_____/

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

THIS CAUSE comes before the Court on the Defendant's motion to

continue sentencing (doc 191), which the Government does not oppose.

It is hereby ORDERED AND ADJUDGED as follows:

1.      Defendant's motion (doc. 191) is *granted*.

2.      Defendant's sentencing is reset for **Monday, October 6, 2008 at

**1:30 p.m.**

SO ORDERED this <u>twenty-ninth</u> day of August, 2008.


        *s/ Stephan P. Mickle*

        Stephan P. Mickle
        United States District Judge