UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                          CASE NO.: 1:07-CR-21-SPM

LUIS ANTONIO BUJANDA-CALLEJAS,

    Defendant.
_____/

### ORDER GRANTING MOTION TO CONTINUE SENTENCING

THIS CAUSE comes before the Court on the Defendant's motion to continue sentencing (doc. 204), which the Government does not oppose.

It is hereby ORDERED AND ADJUDGED as follows:

1.     Defendant's motion (doc. 204) is **granted**.

2.     Defendant's sentencing is reset for **Monday, November 3, 2008 at 1:30 p.m.**

SO ORDERED this <u>third</u> day of October, 2008.

                                             *s/ Stephan P. Mickle*
                                             Stephan P. Mickle
                                             United States District Judge