**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                                    CASE NO.: 1:07-CR-21-SPM

LUIS ANTONIO BUJANDA-CALLEJAS,

    Defendant.
_____/

**ORDER GRANTING MOTION TO CONTINUE SENTENCING**

THIS CAUSE comes before the Court on the Defendant's motion to continue sentencing (doc. 211), which the Government does not oppose.

It is hereby ORDERED AND ADJUDGED as follows:

1.    Defendant's motion (doc. 211) is ***granted***.

2.    Defendant's sentencing is reset for ***Monday, January 5, 2009 at 1:30 p.m.***

SO ORDERED this thirty-first day of October, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge