UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 1:07-CR-21-SPM

LUIS ANTONIO BUJANDA-CALLEJAS,

    Defendant.
_____/

**ORDER GRANTING MOTION TO CONTINUE SENTENCING**

THIS CAUSE comes before the Court on the Defendant's motion to continue sentencing (doc. 223), which the Government does not oppose.

It is hereby ORDERED AND ADJUDGED as follows:

1. Defendant's motion (doc. 223) is *granted*.

2. Defendant's sentencing is reset for *Monday, April 6, 2009 at 1:30 p.m.*

DONE AND ORDERED this twenty-sixth day of February, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge